**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CRIMINAL NO. 1:06CR4**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| **REYMUNDO MONGE RODRIGUEZ** | ) | |

**THIS MATTER** is before the Court on Defendant's *pro se* motion for return of property pursuant to Fed. R. Crim. P. 41(g), filed June 29, 2009.

The Defendant alleges that at the time he was arrested on the charges herein on October 13, 2005, agents of the Drug Enforcement Administration confiscated United States Currency and certain other personal property. There is nothing in the record showing evidence of this seizure nor was there any forfeiture proceeding instituted for this property. The Defendant states that this property was not proceeds from his drug activity charged herein and that he is entitled to the return of said property. The Court determines that the Government should file response to Defendant's motion.

**IT IS, THEREFORE, ORDERED** that the Government file response to Defendant's motion for return of seized property on or before **AUGUST 14, 2009.**

Signed: July 22, 2009

Lacy H. Thornburg
United States District Judge