IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:06cr4

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| REYMUNDO MONGE RODRIGUEZ, | ) |
| | ) |
| Defendant. | |

## ORDER

TO:        TERRENCE FREEDMAN OR OTHER OFFICIAL
ATTORNEY
NORTH CAROLINA DEPARTMENT OF JUSTICE

MARCIA DIES OR OTHER AGENT
ENFORCEMENT AGENT
ASHEVILLE OFFICE
NORTH CAROLINA DEPARTMENT OF REVENUE

**UPON THE MOTION OF THE UNITED STATES** in response to an Order of this Court and for good cause shown,

You are **ORDERED** to provide to the Office of the United States Attorney, Thomas R. Ascik, Assistant United States Attorney, all files and information in your possession for the years 2005, 2006, 2007, and 2008 concerning notice to, imposition of, or payment by Reymundo Monge Rodriguez (a/k/a Reymundo Rodriguez Monge) or on behalf of him of the North Carolina Unauthorized Substances Tax under N.C. Gen. Stat. §105-113.105.

1

The United States may use the files and information divulged as necessary to respond to orders of the Court in this case.

Signed: August 14, 2009

Lacy H. Thornburg
United States District Judge