# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:06CR4

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| REYMUNDO MONGE RODRIGUEZ ) | |

**THIS MATTER** is before the Court on the Government's motion for an order requiring the North Carolina Department of Revenue to disclose information regarding the imposition and collection of any drug tax assessed against the Defendant and a request for an extension of time in which to respond to the Court's July 22, 2009, Order regarding the Defendant's motion for return of property.

For the reasons stated in the Government's motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion for an order requiring the North Carolina Department of Revenue to disclose tax

information regarding the Defendant is **ALLOWED**, and such an order is filed contemporaneously herewith.

**IT IS FURTHER ORDERED** that the Government's motion for an extension of time in which to file response to Defendant's motion for return of seized property is **ALLOWED**, and such time is hereby extended to and including **SEPTEMBER 14, 2009.**

Signed: August 14, 2009

Lacy H. Thornburg
United States District Judge